1
2
3
4
5          UNITED STATES DISTRICT COURT
6              DISTRICT OF NEVADA
7                    * * *
8   ALFRED GRAY,                          Case No. 3:14-cv-00593-MMD-WGC
                         Plaintiff,
9                                         ORDER ADOPTING AND ACCEPTING
        v.                                REPORT AND RECOMMENDATION
10                                        OF UNITED STATES MAGISTRATE
    COMMISSIONER OF SOCIAL SECURITY,      JUDGE WILLIAM G. COBB
11
                         Defendant.
12

13          Before the Court is Magistrate Judge William G. Cobb's Report and

14  Recommendation ("R&R") (dkt. no. 17), regarding Plaintiff's document titled "Response

15  to Social Security," which was construed as a motion to reverse or remand the Social

16  Security Administration's decision finding him not disabled (dkt. no. 12), and the

17  Commissioner's cross-motion to affirm (dkt. no. 15).  The Court allowed Plaintiff to file

18  any objections by February 15, 2016 (dkt. no. 17). No objections have been filed.

19          This Court "may accept, reject, or modify, in whole or in part, the findings or

20  recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

21  timely objects to a magistrate judge's report and recommendation, then the court is

22  required to "make a *de novo* determination of those portions of the [report and

23  recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

24  to object, however, the court is not required to conduct "any review at all . . . of any issue

25  that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

26  Indeed, the Ninth Circuit has recognized that a district court is not required to review a

27  magistrate judge's report and recommendation where no objections have been filed. *See*

28  *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review in order to determine whether to adopt the R&R. Upon review of the R&R and the records in this case, the Court finds good cause to adopt the R&R in full.

It is hereby ordered that the R&R (dkt. no. 17) is accepted and adopted in full. This matter is remanded to the ALJ for further proceedings.  The Commissioner's cross-motion to affirm (dkt. no. 15) is denied.

The Clerk is directed to close this case.

DATED THIS 26th day of February 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE